2013-1397

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

GEMALTO S.A.,

Plaintiff-Appellant,

v.

HTC CORPORATION, HTC AMERICA, INC.,
EXEDEA, INC., GOOGLE INC.,
MOTOROLA MOBILITY, LLC (also known as Motorola Mobility, Inc.),
SAMSUNG ELECTRONICS CO., LTD., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Texas in case no. 10-CV-0561, Chief Judge Leonard Davis

**DEFENDANTS-APPELLEES' CERTIFICATION OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
David A. Perlson
Antonio R. Sistos
50 California Street, 22nd Floor,
San Francisco, California  94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

*Attorneys for Defendants-Appellees*

Defendants-Appellees HTC Corporation, HTC America, Inc., Exedea, Inc., Google Inc., Motorola Mobility, LLC, Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC hereby certify that they have complied with Federal Circuit Rule 11(d).

Dated:  June 24, 2013                    Respectfully submitted,

                              By  /s/ David A. Perlson

                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven
  charlesverhoeven@quinnemanuel.com
David A. Perlson
  davidperlson@quinnemanuel.com
Antonio R. Sistos
  antoniosistos@quinnemanuel.com
50 California Street, 22nd Floor,
San Francisco, California  94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants-Appellees HTC Corporation, HTC America, Inc., Exedea, Inc., Google Inc., Motorola Mobility, LLC, Samsung Electronics Co., Ltd., and Samsung Telecommunications America LLC

# **CERTIFICATE OF SERVICE**

I certify that I caused a true and correct copy of the foregoing Certification of Compliance With Federal Circuit Rule 11(d) for Defendants-Appellees to be served on all counsel of record on June 24, 2013, by CM/ECF.

Dated:  June 24, 2013

                               By  /s/ David A. Perlson
                                   David A. Perlson

                                   QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                   Charles K. Verhoeven
                                      charlesverhoeven@quinnemanuel.com
                                   David A. Perlson
                                      davidperlson@quinnemanuel.com
                                   Antonio R. Sistos
                                      antoniosistos@quinnemanuel.com
                                   50 California Street, 22nd Floor,
                                   San Francisco, California  94111-4788
                                   Telephone: (415) 875-6600
                                   Facsimile: (415) 875-6700

                                   Attorneys for Defendants-Appellees HTC Corporation, HTC America, Inc., Exedea, Inc., Google Inc., Motorola Mobility, LLC, Samsung Electronics Co., Ltd., and Samsung Telecommunications America LLC